UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON L. BELL,<br><br>                       Plaintiff,<br><br>  v.<br><br>CITY OF SPOKANE and J. CHRISTENSEN, Police Officer,<br><br>                       Defendant. | NO: 2:20-CV-0051-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is the parties' Notice of Stipulated Voluntary Dismissal (ECF No. 51). The remaining parties agree that above-entitled action is voluntarily dismissed against the above-named Defendants by stipulation, without prejudice and without costs or attorney fees to either party. The Court has reviewed the record and files herein, and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** without prejudice and without costs or attorney fees to any party.

2. All deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED January 13, 2021.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2